**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 05-22665-CIV-HUCK/O'SULLIVAN**

**THEODORE DUKES et al.,**

Plaintiffs,
v.

**MIAMI-DADE COUNTY et al.,**

Defendants.

_________________________________/

**VERDICT FORM – PLAINTIFF DUKES**

***SECTION 1 –SCENE 1***

**Constitutional Claim Against Defendant Goldberg**

Do you find from a preponderance of the evidence:

1. That Defendant Goldberg intentionally committed acts that violated the Plaintiff Dukes' federal constitutional right not to be subjected to excessive or unreasonable force in the vicinity of NW 62nd Street and NW 15th Avenue (Scene 1)?

   YES: ________ NO: ___X___

2. That Defendant Goldberg's acts were the proximate or legal cause of damages sustained by the Plaintiff Dukes?

   YES: ________ NO: ___X___

**NOTE: Please answer questions 3 through 6 in this section ONLY if you answered both questions 1 and 2 "YES." Otherwise, if you answered "NO" to either, please**

**proceed to <u>question 7</u> - Battery Claim Against Miami-Dade County.**

3. That a reasonable police officer, possessing the same knowledge as Officer Goldberg before he decided to fire his weapon, could have reasonably believed that Officer Llambes was in danger of imminent death or great bodily harm?

YES: ________ NO: ________

4. That a reasonable police officer, possessing the same knowledge as Officer Goldberg before he decided to fire his weapon, could have reasonably believed that Officer Llambes was struck by Dukes's vehicle?

YES: ________ NO: ________

5. That a reasonable police officer, possessing the same knowledge as Officer Goldberg before he decided to fire his weapon, could have he reasonably believed that he was in danger of imminent death or great bodily harm from Dukes's vehicle?

YES: ________ NO: ________

6. That a reasonable police officer, possessing the same knowledge as Officer Goldberg before he decided to fire his weapon, could have reasonably believed that Plaintiff Dukes had committed or was attempting to commit any felony involving the use or threat of physical force or violence against any individual?

YES: ________ NO: ________

**<u>Battery Claim Against Miami-Dade County</u>**

7. That Defendant Miami-Dade County, through the actions of Officer Goldberg, shot Plaintiff Dukes without justification in the vicinity of NW 62nd Street and NW 15th Avenue/Scene 1, and thereby committed a battery?

YES: ________ NO: ___X___

8. That Defendant Goldberg's acts were the proximate or legal cause of damages

sustained by the Plaintiff Dukes?

YES: ________ NO: X

**NOTE: If you answered both questions 7 and 8 "YES," continue to answer the next question. Otherwise, skip to question 10.**

9. That a reasonable police officer, possessing the same knowledge as Officer Goldberg before he decided to fire his weapon, could have reasonably believed that Dukes had committed or was attempting to commit any felony involving the use or threat of physical force or violence against any individual?

**YES: ________ NO: ________**

**NOTE: If you answered questions 1 and 2 "YES" as to Officer Goldberg and/or you answered questions 7 and 8 "YES" as to Miami-Dade County, continue to answer questions 10 and 11. Otherwise, skip to the questions in *SECTION 2 –SCENE 2*, below.**

10. That Plaintiff Dukes should be awarded damages to compensate for physical as well as emotional pain and mental anguish for either or both the violation of his constitutional right and/or battery?

YES: ________ NO: ________

If you answered "YES," what are the **TOTAL** amount of Dukes' compensatory damages for either or both the violation of his constitutional right and/or battery? $______

**Punitive Damages**

11. That Defendant Goldberg, when violating Plaintiff Dukes' constitutional right not to be subjected to excessive or unreasonable force, acted with malice or with reckless indifference to the Plaintiff Dukes' federally protected rights and that punitive damages should be assessed against the Defendant?

YES: ________ NO: ________

If you answered "YES," what is the **TOTAL** amount of punitive damages?$_______

***SECTION 2 –SCENE 2***

Do you find from a preponderance of the evidence:

1. That one or more of following Defendants intentionally committed acts that violated Plaintiff Dukes's federal constitutional right not to be subjected to excessive or unreasonable force during an arrest in the vicinity of NW 62nd Street and NW 7th Avenue (Scene 2)?

OFFICER GOLDBERG
YES: ________ NO: ___X___

OFFICER GUERRA
YES: ________ NO: ___X___

OFFICER LLAMBES
YES: ________ NO: ___X___

OFFICER DEAN
YES: ________ NO: ___X___

2. As to any Defendant for which you answered "YES" in the preceding question, were that Defendant's acts the proximate or legal cause of damages sustained by Plaintiff Dukes at scene 2?

OFFICER GOLDBERG
YES: ________ NO: ___X___

OFFICER GUERRA
YES: ________ NO: ___X___

OFFICER LLAMBES
YES: ________ NO: ___X___

OFFICER DEAN
YES: ________ NO: ___X___

**NOTE: If you answered both questions 1 and 2 "YES" as to any particular Defendant Officer or Officers, please continue to answer questions 3 through 8 below as to that Officer or Officers. Otherwise, please skip the remaining questions, and date and sign this verdict form.**

3. That before DUKES was handcuffed, any Defendant Officer punched and/or kicked DUKES?

OFFICER GOLDBERG
YES: _________ NO: _________

OFFICER GUERRA
YES: _________ NO: _________

OFFICER LLAMBES
YES: _________ NO: _________

OFFICER DEAN
YES: _________ NO: _________

4. As to any officer for whom you answered "YES" in the preceding question, could a reasonable police officer, possessing the same knowledge as that officer for whom you answered "YES" in the preceding question, reasonably believe that such force was necessary to detain or arrest DUKES, or to defend the officer or others?

OFFICER GOLDBERG
YES: _________ NO: _________

OFFICER GUERRA
YES: _________ NO: _________

OFFICER LLAMBES

YES: _________ NO: _________

OFFICER DEAN
YES: _________ NO: _________

5. After DUKES was handcuffed, did any Defendant Officer punch and/or kick DUKES?

OFFICER GOLDBERG
YES: _________ NO: _________

OFFICER GUERRA
YES: _________ NO: _________

OFFICER LLAMBES
YES: _________ NO: _________

OFFICER DEAN
YES: _________ NO: _________

6. As to any officer for whom you answered "YES" in the preceding question, could a reasonable police officer, possessing the same knowledge as that officer for whom you answered "YES" in the preceding question, reasonably believe that such force was necessary to detain or arrest DUKES, or to defend himself or others?

OFFICER GOLDBERG
YES: _________ NO: _________

OFFICER GUERRA
YES: _________ NO: _________

OFFICER LLAMBES
YES: _________ NO: _________

OFFICER DEAN
YES: _________ NO: _________

**Failure to Intervene**

7. That any Defendant Officer intentionally committed acts that violated Plaintiff Dukes' federal constitutional right by failing to intervene in an attempt to prevent excessive or unreasonable force being committed by other Defendant officers upon Dukes at Scene 2?

OFFICER GOLDBERG
YES: ________ NO: ________

OFFICER GUERRA
YES: ________ NO: ________

OFFICER LLAMBES
YES: ________ NO: ________

OFFICER DEAN
YES: ________ NO: ________

8. As to any Defendant for which you answered "YES" in the preceding question, were that Defendant's acts the proximate or legal cause of damages sustained by Plaintiff Dukes at scene 2?

OFFICER GOLDBERG
YES: ________ NO: ________

OFFICER GUERRA
YES: ________ NO: ________

OFFICER LLAMBES
YES: ________ NO: ________

OFFICER DEAN
YES: ________ NO: ________

**NOTE: If you answered both questions 7 and 8 "YES" as to any particular Defendant Officer or Officers, please continue to answer the questions 9 through 11 below. Otherwise, please proceed to the note on the following page.**

9. As to any officer for whom you answered "YES" in response to question 7 and 8, did that Officer observe Dukes being punched or kicked by another police officer?

OFFICER GOLDBERG
YES: ________ NO: ________

OFFICER GUERRA
YES: ________ NO: ________

OFFICER LLAMBES
YES: ________ NO: ________

OFFICER DEAN
YES: ________ NO: ________

10. As to any officer for whom you answered "YES" in response to questions 7 and 8, did that Officer know that the force being used was unlawful?

OFFICER GOLDBERG
YES: ________ NO: ________

OFFICER GUERRA
YES: ________ NO: ________

OFFICER LLAMBES
YES: ________ NO: ________

OFFICER DEAN
YES: ________ NO: ________

11. As to any officer for whom you answered "YES" in response to question 7 and 8, did that Officer have a realistic opportunity to intervene?

OFFICER GOLDBERG
YES: ________ NO: ________

OFFICER GUERRA
YES: ________ NO: ________

OFFICER LLAMBES
YES: ________ NO: ________

OFFICER DEAN
YES: ________ NO: ________

**NOTE: If you answered questions 1 and 2 (excessive force) "YES" as to any particular Defendant Officer or Officers and/or you answered questions 7 and 8 "YES" (failure to intervene) as as to any particular Defendant Officer or Officers, continue to answer the next question. Otherwise, please skip the remaining questions, and date and sign this verdict form.**

**Damages**

Do you find from a preponderance of the evidence:

12. That Plaintiff Dukes should be awarded damages to compensate for physical as well as emotional pain and mental anguish caused by the excessive force applied and/or the failure to intervene at Scene 2?

YES: ________ NO: ________

If you answered "YES," what is the **TOTAL** amount of Dukes' compensatory damages caused by the excessive force applied and/or the failure to intervene at Scene 2? $_______

**Percentage of Responsibility**: For each Defendant Officer that you answered "YES" for to both questions 1 and 2 and/or to both questions 7 and 8 of this "Section 2–Scene 2" portion of the verdict form, set the percentage of Dukes' compensatory damages for which that Defendant Officer is responsible. The

combined total of all Defendant Officers' responsibility percentage must equal 100 percent.

OFFICER GOLDBERG
Percentage of responsibility ______%

OFFICER GUERRA
Percentage of responsibility ______%

OFFICER LLAMBES
Percentage of responsibility ______%

OFFICER DEAN
Percentage of responsibility ______%

**Punitive Damages**

13. As to any Defendant for which you answered "YES" to questions 1 and 2 and/or to questions 7 and 8 of this "Section 2–Scene 2" portion of the verdict form, that that Defendant Officer acted with malice or with reckless indifference to the Plaintiff's federally protected rights and that punitive damages should be assessed against the Defendant?

OFFICER GOLDBERG
YES: _________ NO: _________

If you answered "YES," in what amount? $______

OFFICER GUERRA
YES: _________ NO: _________
If you answered "YES," in what amount? $______

OFFICER LLAMBES
YES: _________ NO: _________
If you answered "YES," in what amount? $______

OFFICER DEAN
YES: _________ NO: _________
If you answered "YES," in what amount? $______

SO SAY WE ALL THIS __3__ day of December, 2008.

[signature]
FOREPERSON

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 05-22665-CIV-HUCK/O'SULLIVAN**

**THEODORE DUKES et al.,**

Plaintiffs,
v.

**MIAMI-DADE COUNTY et al.,**

Defendants.

____________________________________/

**VERDICT FORM – PLAINTIFF SCRUGGS**

Do you find from a preponderance of the evidence:

1. That Defendant Guerra intentionally committed acts that violated Plaintiff Scruggs' federal constitutional right not to be subjected to excessive or unreasonable force in the vicinity of NW 62nd Street and NW 7th Avenue (Scene 2)?

YES: ________ NO: ___X___

2. That Defendant Guerra's acts were the proximate or legal cause of damages sustained by the Plaintiff Scruggs?

YES: ________ NO: ___X___

**Note: Please answer questions 3 through 6 and then continue to the Failure to Intervene section ONLY if you answered both questions 1 and 2 "YES." Otherwise, if your answered "NO" to either, please skip the remaining questions, and date and sign this verdict form.**

3. Before SCRUGGS was handcuffed, that Defendant GUERRA beat SCRUGGS in the head with his firearm?

YES: _________ NO: _________

4. That a reasonable police officer, possessing the same knowledge as Officer Guerra, could have reasonably believed that such force was necessary to detain or arrest SCRUGGS, or to defend himself or others?

YES: _________ NO: _________

5. After SCRUGGS was handcuffed, that Defendant GUERRA beat SCRUGGS in the head with his firearm?

YES: _________ NO: _________

6. That a reasonable police officer, possessing the same knowledge as Officer Guerra, could have reasonably believed that such force was necessary to detain or arrest SCRUGGS, or to defend himself or others?

YES: _________ NO: _________

**Failure to Intervene:**

Do you find from a preponderance of the evidence:

7. That one or more of following Defendants intentionally committed acts that violated Plaintiff Scruggs' federal constitutional right by failing to intervene in an attempt to prevent excessive or unreasonable force being committed by Defendant Guerra upon Scruggs in the vicinity of NW 62nd Street and NW 7th Avenue (Scene 2)?

OFFICER GOLDBERG
YES: _________ NO: _________

OFFICER LLAMBES
YES: _________ NO: _________

OFFICER DEAN
YES: ________ NO: ________

8. That any of Defendant for whom you answered "YES" in question 7 was the proximate or legal cause of damages sustained by Plaintiff Scruggs?

OFFICER GOLDBERG
YES: ________ NO: ________

OFFICER LLAMBES
YES: ________ NO: ________

OFFICER DEAN
YES: ________ NO: ________

**Note: If your answer to both questions 7 and 8 is "YES," as to any particular Defendant Officer or Officers, please continue to answer questions 9 through 11 and then continue to the <u>Damages</u> section. Otherwise, please skip to the note on the following page.**

9. As to any officer for whom you answered "YES" in response to question 7 and 8, did that Officer observe SCRUGGS being beaten in the head with a firearm by GUERRA?

OFFICER GOLDBERG
YES: ________ NO: ________

OFFICER LLAMBES
YES: ________ NO: ________

OFFICER DEAN
YES: ________ NO: ________

10. As to any officer for whom you answered "YES" in response to question 7 and 8, did that Officer know that the force being used was unlawful?

OFFICER GOLDBERG
YES: ________ NO: ________

OFFICER LLAMBES
YES: ________ NO: ________

OFFICER DEAN
YES: ________ NO: ________

11. As to any officer for whom you answered "YES" in response to question 7 and 8, did that Officer have a realistic opportunity to intervene?

OFFICER GOLDBERG
YES: ________ NO: ________

OFFICER LLAMBES
YES: ________ NO: ________

OFFICER DEAN
YES: ________ NO: ________

**NOTE: Please answer the following damages questions only if you answered "YES" to both questions 1 and 2 as to Officer Guerra and/or "YES" to both questions 7 and 8 as to any other Defendant Officer or Officers. Otherwise, please proceed to sign and date this verdict form.**

**Damages**

Do you find from a preponderance of the evidence:

12. That Plaintiff Scruggs should be awarded damages to compensate for physical as well as emotional pain and mental anguish caused by the excessive force applied and/or the failure to intervene at Scene 2?

YES: ________ NO: ________

If you answered "YES," what is the **TOTAL** amount of Scruggs' compensatory

damages? $_______

**Percentage of Responsibility**: For each Defendant Officer that you answered "YES" for to both questions 1 and 2 (Officer Guerra) and/or "YES" to both questions 7 and 8 (the other Defendant Officers) of Plaintiff Scruggs' Verdict Form, set the percentage of Scruggs' compensatory damages for which that Defendant Officer is responsible. The combined total of all Defendant Officers' responsibility percentage must equal 100 percent.

OFFICER GOLDBERG
Percentage of responsibility _______%

OFFICER GUERRA
Percentage of responsibility _______%

OFFICER LLAMBES
Percentage of responsibility _______%

OFFICER DEAN
Percentage of responsibility _______%

**Punative Damages**

13. That any Defendant Officer that you answered "YES" for to both questions 1 and 2 (Officer Guerra) and/or "YES" to both questions 7 and 8 (the other Defendant Officers) acted with malice or with reckless indifference to the Plaintiff's federally protected rights and that punitive damages should be assessed against the Defendant?

OFFICER GOLDBERG
YES: _________ NO: _________

If you answered "YES," in what amount? $______

OFFICER GUERRA
YES: _________ NO: _________
If you answered "YES," in what amount? $______

OFFICER LLAMBES
YES: _________ NO: _________
If you answered "YES," in what amount? $______

OFFICER DEAN
YES: _________ NO: _________
If you answered "YES," in what amount? $______

SO SAY WE ALL THIS __3__ day of December, 2008.

[signature]
FOREPERSON