UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 05-22665-CIV-HUCK/O'SULLIVAN

THEODORE DUKES, et al.,

    Plaintiffs,

vs.

MIAMI-DADE COUNTY, et al.,

    Defendants.

_____/

**ORDER ADOPTING IN PART REPORT AND RECOMMENDATION;**
**ORDER GRANTING IN PART DEFENDANTS' MOTION FOR FEES AND COSTS**

THIS CAUSE comes before the Court upon Defendants' Objections to the Report and Recommendation on Defendants' Motion for Attorneys' Fees and Costs (D.E. #339), filed September 28, 2009. Magistrate Judge O'Sullivan's Report and Recommendation (D.E. #338) addressed Defendants' Motion for Attorneys' Fees and Costs (D.E. #318), wherein he granted and part and denied in part Defendants' motion, recommending that Defendants be awarded costs in the amount of $5,353.46 but no attorneys' fees.

The Court has reviewed *de novo* the Report and Recommendation, Defendants' Objections, and the record, and is otherwise duly advised. The Court adopts the findings of fact and conclusions in the Report and Recommendation, except the Court finds that the proceedings should be reopened to allow Defendants to supplement their motion with appropriate invoices and other supporting documents to prove litigation costs. Accordingly, it is hereby

ORDERED that the Report and Recommendation is ADOPTED as to all issues except the amount of Defendants' litigation costs. Defendants shall submit supplemental evidence of litigation costs by October 26, 2009, and Magistrate Judge O'Sullivan shall adjust the cost award accordingly.

Defendant's Motion for Attorneys' Fees and Costs is therefore GRANTED IN PART and DENIED IN PART.

      DONE in Chambers, Miami, Florida, October 5, 2009.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
Magistrate Judge John J. O'Sullivan
Counsel of Record