UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-22665-CIV-HUCK/O'SULLIVAN

THEODORE DUKES, *et al.*,
    Plaintiffs

v.

MIAMI DADE COUNTY, *et al.,*
    Defendants.
_____/

## REPORT AND RECOMMENDATION

THIS MATTER comes before the Court on the Defendants' Motion to Adjust Award of Costs and Notice of Filing Invoices in Compliance with Court Order (DE # 341, 10/26/09). The Honorable Paul Huck, United States District Court Judge for the Southern District of Florida, referred this matter to the undersigned pursuant to 29 U.S.C. §636(b). Having carefully reviewed the filings and applicable law, and finding that the requested cost increase is reasonable and supported by the invoices attached to the instant motion, and there having been no response to the instant motion, the undersigned recommends that the Defendants' Motion to Adjust Award of Costs and Notice of Filing Invoices in Compliance with Court Order (DE # 341, 10/26/09) be GRANTED.

## RECOMMENDATION

The undersigned recommends that the Defendants' Motion to Adjust Award of Costs and Notice of Filing Invoices in Compliance with Court Order (DE # 341,

10/26/09) be GRANTED and that the defendants cost award be increased by $1,585.14, for a total costs award of $6,938.60.

The parties have 14 days from the date of receipt of this Report and Recommendation within which to serve and file written objections, if any, with the Honorable Paul Huck, United States District Court Judge.  Failure to file objections timely shall bar the parties from attacking on appeal the factual findings contained herein.  See LoConte v. Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied, 488 U.S. 958, 109 S.Ct. 397 (1988); See also RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

RESPECTFULLY SUBMITTED at the United States Courthouse, Miami, Florida this 18th day of December, 2009.

_____
JOHN  J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE