UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 05-22665-CIV-HUCK/O'SULLIVAN

THEODORE DUKES, et al.,

    Plaintiffs,

vs.

MIAMI-DADE COUNTY, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Defendants' Motion to Adjust Award of Costs and Notice of Filing Invoices in Compliance with Court Order (D.E. #341), filed October 26, 2009. On December 18, 2009, the Honorable John J. O'Sullivan, United States Magistrate Judge, issued a Report and Recommendation (D.E. #342), recommending that the Motion be granted and that Defendants' cost award be increased by $1,585.14, for a total costs award of $6,938.60. Plaintiffs have not filed any objections to the Report and Recommendation.

The Court has independently reviewed the Report and Recommendation and the pertinent portions of the record. Being otherwise duly advised, the Court adopts the findings of fact and conclusions in the Report and Recommendation. Accordingly, it is hereby

ORDERED that the Motion to Adjust Award of Costs is GRANTED. Defendants are awarded costs in the amount of $6,938.60. Judgment in that amount is entered against Plaintiffs jointly and severally.

DONE in Chambers, Miami, Florida, January 8, 2010.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
Magistrate Judge John J. O'Sullivan
All Counsel of Record